IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02452-BNB

CHRISTOPHER-PAUL BEDDINGFIELD,

    Plaintiff,

v.

WARDEN DUNBAR,
CAPT. COLEMAN,
LT. MCFEE,
LT. GULLIFORD,
SGT. CHRISTENSON,
SGT. MCDOUGAL,
SGT. VAUGHN,
C.O. LARSON,
C.O. FISHER, and
C.O. REED,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 10 2009

GREGORY C. LANGHAM
              CLERK

## ORDER OF DISMISSAL

Plaintiff, Christopher-Paul Beddingfield, is in the custody of the Colorado Department of Corrections and currently is incarcerated at the Buena Vista Correctional Facility. On October 13, 2009, Mr. Beddingfield submitted to the Court a *pro se* Prisoner Complaint pursuant to 42 U.S.C. § 1983 and a Motion and Affidavit for Leave to Proceed Under 28 U.S.C. § 1915. On October 16, 2009, Magistrate Judge Boyd N. Boland directed the Clerk of the Court to commence a civil action, and granted Mr. Beddingfield leave to proceed pursuant to 28 U.S.C. § 1915.

The October 16, 2009, Order requires Mr. Beddingfield to pay the full amount of the $350.00 filing fee in installments and directs him to pay an initial partial filing fee of

$4.00 within thirty days or to show cause why he has no assets and no means to pay the initial fee by filing a current certified copy of his trust fund account statement. The Order warns Mr. Beddingfield that if he fails to have the initial partial filing fee sent to the Clerk of the Court by the designated deadline or to show cause why he has no assets and no means by which to pay the initial fee the Complaint would be dismissed without further notice.

Mr. Beddingfield has not communicated with the Court since October 13, 2009. Therefore, Mr. Beddingfield has now failed either to pay the initial partial filing fee within the time allowed, as designated in the October 16, 2009, Order, or in the alternative to show cause why he has no assets and no means by which to pay the designated fee. Accordingly, it is

ORDERED that the Prisoner Complaint and the action are dismissed without prejudice for Mr. Beddingfield's failure either to pay an initial partial filing fee of $4.00 or to show cause why he has no assets and no means by which to pay the designated fee.

DATED at Denver, Colorado, this ___ day of __December__, 2009.

BY THE COURT:

ZITA LEESON WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-02452-BNB

Christopher Paul Beddingfield
Prisoner No. 138713
Buena Vista Corr. Facility
PO Box 2017
Buena Vista, CO 81211

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 12/10/09

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk